AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

KEVIN HARDISON

        Plaintiff

V.

CRIMINAL DIVISION/UNION VICINAGE

        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 11-3240 (SDW)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐   GRANTED, and

    ☐ The clerk is directed to file the complaint, and

    ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: *Plaintiff does not qualify for indigent status. Plaintiff shall pay the filing fee.*

ENTER this 8th day of June, 2011

                                   Signature of Judicial Officer

                                   Susan D. Wigenton, U.S.D.J.
                                   Name and title of Judicial Officer